## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| THINKTANK ONE RESEARCH, LLC, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 2:15-cv-389-NFA-RSP |
| ENERGIZER HOLDINGS, INC. | § § § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § § | |

## ORDER OF DISMISSAL

The parties' Joint Motion to Dismiss is GRANTED. All claims of Plaintiff ThinkTank One Research, LLC in the above-captioned case are hereby DISMISSED WITH PREJUDICE. Further, all counterclaims of Defendant Energizer Holdings, Inc. are hereby DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs and attorneys' fees in connection herewith.

SIGNED at Houston, Texas this 24th day of November 24, 2015.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE